## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| PATRICIA DAY | : | No. 548 MAL 2023 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| GENUINE PARTS COMPANY | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| SOUTHWORTH PRODUCTS | : | |
| CORPORATION | : | |
| | : | |
| | : | |
| PETITION OF: PATRICIA DAY | : | |
| | | |
| PATRICIA DAY | : | No. 549 MAL 2023 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| GENUINE PARTS COMPANY | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| SOUTHWORTH PRODUCTS | : | |
| CORPORATION | : | |
| | : | |
| | : | |
| PETITION OF: PATRICIA DAY | : | |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 25th day of March, 2024, the Petition for Allowance of Appeal is **DENIED**.